OAO91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

United States Magistrate Court
SDO-SDTX
FILED
OCT 27 2014
David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA

V.

Celia GARCIA
Omaha, Nebraska

**CRIMINAL COMPLAINT**

Case Number: 5:14mj1364

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __October 25, 2014__ In __Webb__ County, in the __Southern__ District of __Texas__ Defendant(s) did,

*(Track Statutory Language of Offense)*

knowingly, willfully and unlawfully imported from a place outside the United States of America, to wit, the United Mexican States to a place in the United States of America, to wit, Laredo, Texas, a controlled substance listed under Schedule II, of the Controlled Substance Act, to wit, approximately fifteen point sixty two (15.62) kilograms, gross weight, of heroin. In addition, the defendant did knowingly and unlawfully posses with the intent to distribute the above listed heroin. Furthermore, the defendant did knowingly and unlawfully conspire to import and possess with intent to distribute the above listed heroin.

in violation of Title __21__ United States Code, Section(s) __841(a)(1), 846 and 952__.

I further state that I am a(n) __Special Agent, Homeland Security Investigations__ and that this complaint is based on the following facts:

Official Title

SEE ATTACHMENT A

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

Prisma K. Lopez
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 27, 2014 at Laredo, Texas
Date City, State

Diana Song-Quiroga, U. S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

## Attachment "A"

I, Prisma K. Lopez, a Special Agent of the Homeland Security Investigations (HSI), have knowledge of the following facts:

1. On October 25, 2014, Celia GARCIA, a United States Citizen attempted to enter the United States via the Gateway to the Americas Bridge I in a 2004 Honda Odyssey displaying Ohio license plate number ▓▓▓▓

2. U.S. Customs and Border Protection (CBP) officers obtained a negative declaration from GARCIA. GARCIA stated to CBP officers that she was traveling from Jalisco, Mexico and heading to Ohio.

3. GARCIA was referred to secondary inspection. During the inspection, CBP officers discovered twenty three (23) cellophane wrapped packages containing a powdery substance that field tested positive for heroin. The 23 bundles had a gross weight of 15.62 kilograms and were concealed in non factory compartments located in the front fenders of the Odyssey.

4. HSI special agents responded to the seizure and read GARCIA her rights pursuant to Miranda in the Spanish language. GARCIA waived her rights in writing and agreed to answer questions without an attorney being present.

5. GARCIA stated that she was hired to cross the Odyssey into the U.S and drive it to Grand Island, Nebraska where she was to deliver the vehicle containing narcotics to unknown subjects.

6. Upon further questioning, GARCIA admitted that she knew there was heroin hidden in the vehicle.