United States Magistrate Court
DSQ-SDTX
FILED
OCT 27 2014 2B

David J. Bradley, Clerk
Laredo Division

# DIANA SONG QUIROGA
United States Magistrate Judge, Presiding

| | | | |
|---|---|---|---|
| Deputy Clerk | Cindy Dominguez - De Leon | Open | 9:01 AM |
| Court Reporter | Terry Lozano (ERO) | Adjourn | 9:20 AM |
| Court Interpreter | Ina Pool, not used | | |
| U.S. Pretrial | Ana Landin | | |
| U.S. Probation | Elizabeth Sepulveda | | |
| U.S. Marshal | Deputy Chad Skaggs | DATE: | **October 27, 2014** |

Docket No. 5:14-MJ-1364-1

| | | |
|---|---|---|
| United States of America | § | Sonah Lee, AUSA |
| vs | § | |
| Celia Garcia | § | FPD Francisco Valcarcel (on-duty) |

## Courtroom Minutes
### Initial Appearance

✔ Initial appearance on **Criminal Complaint**.

✔ Defendants first appearance. Dft. Advised of charges and rights.

✔ FINANCIAL AFFIDAVIT, executed and filed.

✔ Defendant requested appointed attorney.

✔ Federal Public Defender, appointed.

✔ No Bond set.

✔ Preliminary Examination & Detention Hearings set for 10/31/14 at 10:00 AM in Courtroom 2B before US Magistrate Judge Diana Song Quiroga.

✔ Defendant remanded to US Marshals custody.

/cd